**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Patrice Johnson,                                              **Civil No. 05-2685 (RHK/AJB)**

       Plaintiff,                                                **ORDER**

vs.

DCL SYSTEMS, a corporation, and "TOM" and
JOHN CARLSON, individually,

       Defendants.

---

The above-captioned matter came on before the undersigned based upon the parties' Stipulation of Dismissal With Prejudice (Doc. No. 6). Based upon all the files and records herein, together with the Stipulation of Dismissal With Prejudice, **IT IS HEREBY ORDERED**:

That the above-captioned matter shall be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure with Prejudice and without cost to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: February 3, 2006                          s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                             United States District Judge